UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23338-CIV-KMW

JENNIFER INIGO a/k/a JENNIFER INIGO )
PENA and all others similarly situated under )
29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs, )
　vs. )
　　　　　　　　　　　　　　　　　　　　)
EAST RIDGE RETIREMENT VILLAGE, )
INC., )
JOSEPH KENNETH CORMIER, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Updated Statement of Claim as follows:

**Federal Time-And-A-Half Overtime Claim (9/4/14-5/14/17):**
Amount of Time-And-A-Half Overtime per hour not compensated: $37.77
Weeks: 140
Overtime hours per week: 12[1]
Total wages unpaid and liquidated damages: $63,453.60 X 2 = $126,907.20, *exclusive of* **attorneys' fees and costs**

**Federal Time-And-A-Half Overtime Claim (5/15/17-8/29/17):**
Amount of Time-And-A-Half Overtime per hour not compensated: $37.77
Weeks: 15
Overtime hours per week: 12[2]

---

[1] In addition to Plaintiff's regular hours, Plaintiff attended four (4) to five (5) special events per year and was also required to work off-the-clock replying to work emails and work texts at the instruction of her supervisors.

[2] Plaintiff was paid an occasional, minimal, substandard overtime payment, for an average of two (2) overtime hours per week but, under information and belief, Plaintiff's time sheets were altered to show either no overtime or two (2) hours over overtime when Plaintiff was working an average of twelve (12) overtime hours per week. Plaintiff therefore claims the time-and-a-half overtime rate for each hour worked above 40 in a week, minus any payments she may have received as reflected on her paystubs.

Total wages unpaid and liquidated damages: $6,798.60 X 2 = $13,597.20, *exclusive of* **attorneys' fees and costs**

**Total wages unpaid and liquidated damages:** $70,252.20 X 2 = $140,504.40, *exclusive of* **attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. – 4.8 hours X $390.00 per hour = $1,872.00
Rivkah Jaff, Esq. – 3.4 hours X $290.00 per hour = $986.00
Neil Tobak, Esq. – 1.3 hours X $290.00 per hour = $377.00
Costs - $530

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff and/or damages under Count II of Plaintiff's First Amended Complaint.
** Plaintiff reserves the right to seek any additional time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
*** Count II of Plaintiff's First Amended Complaint is a claim for retaliation under 29 U.S.C. 215(A)(3) against Defendants, jointly and severally. Plaintiff seeks all damages in Count II including attorney's fees, costs, injunctive relief prohibiting the Defendants from discriminating in the manner described in the First Amended Complaint, emotional distress and humiliation and pain and suffering, as well as all other damages recoverable by law under 29 U.S.C. 216(b).

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/25/17 TO:**

**ALL CM/ECF RECIPIENTS**

    BY:__/s/____Rivkah F. Jaff_____
        **RIVKAH F. JAFF, ESQ.**