UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 17-23338-CV-WILLIAMS/TORRES**

JENNIFER INIGO,

    Plaintiff,

v.

EAST RIDGE RETIREMENT
VILLAGE INC., and
JOSEPH KENNETH CORMIER,

    Defendants.

_____/

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by **U.S. District Judge Kathleen M. Williams** (D.E. #8), a settlement conference in this matter is scheduled before **United States Magistrate Judge Edwin G. Torres** at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom 5, Miami, FL 33132, on **Thursday, December 7, 2017 at 1:30 p.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

**DONE** in Miami, Florida, this __16th__ day of November 2017.

                                          STEVEN M. LARIMORE
                                        CLERK OF COURT

                                        Maedon Clark
                                        Deputy Clerk

---

[1] The attorneys for both parties are advised to instruct their clients that **NO CELL PHONES** may be brought into the Courthouse by non-attorneys and that they are REQUIRED to bring **PHOTO IDENTIFICATION**.